UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY, )<br>et al., )<br>)<br>Defendant ) | Civil Action No. 04-12520 GAO |

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)     Defendants seek to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)     I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendants in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3)     I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP.

(4)     Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

(5)     No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

{W0320975.1}

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: February 18, 2005

John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0320975.1}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE,<br><br>    Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY, et al.,<br><br>    Defendant | Civil Action No. 04-12520 GAO |

**CERTIFICATE OF GERALDINE G. SANCHEZ
FOR ADMISSION *PRO HAC VICE* IN THE
U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1)    I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)    My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3)    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

{W0320975.1}

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *David Mudge v. Unum Life Insurance Company, et al.*

Sworn to this date under penalties of perjury.

DATED: February 18, 2005

Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0320975.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents have been served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Mark Bronstein, Esq.
> M. Katherine Sullivan, Esq.
> Law Office of Mark Bronstein
> 288 Walnut Street, Suite 120
> Newton, MA 02458

DATED: February 18, 2005

_____
John J. Aromando, BBO #545648

{W0320975.1}