UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 22  A 9:12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAVID MUDGE, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil No. 04-12520 GAO |
| UNUM LIFE INSURANCE COMPANY, et al. | ) ) ) ) |
| Defendants | ) |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including March 14, 2005.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to March 14, 2005, within which to respond to Plaintiff's Complaint.

DATED: February 18, 2005

John J. Armando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorney for Defendants

{W0320974.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

Mark Bronstein, Esq.
M. Katherine Sullivan, Esq.
Law Office of Mark Bronstein
288 Walnut Street, Suite 120
Newton, MA  02458

DATED: February 18, 2005

John J. Aromando, BBO #545648

{W0320974.1}