UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY, et al. )<br>)<br>Defendants ) | Civil No. 04-12520 GAO |

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. UnumProvident Corporation, its parent company, has issued shares to the public.

DATED: February 18, 2005

_____
John J. Aromando, BBO #545648
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Attorney for Defendants

{W0320977.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Mark Bronstein, Esq.
> M. Katherine Sullivan, Esq.
> Law Office of Mark Bronstein
> 288 Walnut Street, Suite 120
> Newton, MA 02458

DATED: February 18, 2005

John J. Aromando, BBO #545648

{W0320977 1}