UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE, §<br>§<br>PLAINTIFF, §<br>§<br>VS. §<br>§<br>UNUM LIFE INSURANCE COMPANY, §<br>a/k/a UNUMPROVIDENT INSURANCE §<br>COMPANY & COMPAQ CORP. AND §<br>AFFILIATED COMPANIES LONG §<br>TERM DISABILITY PLAN, aka §<br>HEWLETT-PACKARD CO. GROUP §<br>LONG TERM DISABILITY PLAN, §<br>§<br>DEFENDANTS. § | CASE NO. 04-12520 GAO |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Compaq Computer Corporation Long-Term Disability Plan (incorrectly referred to as "Compaq Corp. and Affiliated Companies Long Term Disability Plan a/k/a Hewlett-Packard Co. Group Long Term Disability Plan") (referred to herein as "Defendant" or the "Plan") moves this Court to admit *pro hac vice* Linda Ottinger Headley and Danielle D. Kujawa as its counsel in the above-referenced matter and in support thereof show the following:

1. Linda Ottinger Headley and Danielle D. Kujawa are attorneys with the law firm Littler Mendelson, P.C.

2. Ms. Headley is a member in good standing of the State Bar of Texas and no disciplinary proceedings or criminal charges have been instituted against her in any jurisdiction in which she is admitted to practice law. Ms. Headley is not under suspension or disbarment in any court. (*See* Headley affidavit attached as Exhibit 1).

3. Ms. Kujawa is a member in good standing of the State Bar of Texas and no disciplinary proceedings or criminal charges have been instituted against her in any jurisdiction in which she is admitted to practice law. Ms. Kujawa is not under suspension or disbarment in any court. (*See* Kujawa affidavit attached as Exhibit 2).

4. Ms. Headley and Ms. Kujawa have read and have knowledge of the local rules of this Court, are of good moral character and consent to be subject to the jurisdiction and rules of the Massachusetts Supreme Court governing professional conduct.

5. Ms. Headley and Ms. Kujawa seek appearance on motion of David Casey, who is a member of the bar of this Court, who also files an appearance.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that this Court enter on Order of Admission *pro hac vice* for Linda Ottinger Headley and Danielle D. Kujawa as counsel for Defendant Compaq Computer Corporation Long-Term Disability Plan (incorrectly referred to as "Compaq Corp. and Affiliated Companies Long Term Disability Plan a/k/a Hewlett-Packard Co. Group Long Term Disability Plan") in the above-style case.

Dated: March 1, 2005

**COMPAQ COMPUTER CORPORATION LONG-TERM DISABILITY PLAN**
(incorrectly referred to as "Compaq Corp. and Affiliated Companies Long Term Disability Plan a/k/a Hewlett-Packard Co. Group Long-Term Disability Plan")

By its attorneys,

s/ David C. Casey
David C. Casey
BBO #077260
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
Tel: 617-378-6000
Fax: 617-737-0052

- 3 -

*Of Counsel:*
Linda Ottinger Headley
Texas State Bar No. 15344600
Danielle D. Kujawa
Texas State Bar No. 24041281
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas  77010
Tel:  713.951.9212
Fax:  713.951.9212

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic court notification or certified mail, return receipt requested on March 1, 2005.

                              s/ David C. Casey
                              David C. Casey

Houston:214838.1 001577.1136

# EXHIBIT 1

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| VS. § | CASE NO. 04-12520 GAO |
| § | |
| UNUM LIFE INSURANCE COMPANY, § | |
| a/k/a UNUMPROVIDENT INSURANCE § | |
| COMPANY & COMPAQ CORP. AND § | |
| AFFILIATED COMPANIES LONG § | |
| TERM DISABILITY PLAN, aka § | |
| HEWLETT-PACKARD CO. GROUP § | |
| LONG TERM DISABILITY PLAN, § | |
| § | |
| DEFENDANTS. § | |

**AFFIDAVIT OF LINDA OTTINGER HEADLEY**

BEFORE ME, the undersigned authority, on this day personally appeared Linda Ottinger Headley, who, known to me and being duly sworn according to law upon her oath, stated as follows:

1.  My name is Linda Ottinger Headley. I am over 21 years of age and am competent to make this Affidavit. I have personal knowledge of the facts stated herein and same are true and correct. I am an attorney with Littler Mendelson, P.C., located at 1301 McKinney, Suite 1900, The Chevron Tower, Houston, Texas 77010. My telephone number is (713) 951-9400, and my fax number is (713) 951-9212.

2.  I currently practice law in the State of Texas where I am admitted to practice before the United States Supreme Court (admitted 1991), the Supreme Court of Texas (admitted 1990), and the United States District Courts for the Southern (admitted October 25, 1994) and

Eastern (admitted February 24, 1994) Districts of Texas. I am a member of the State Bar of Texas (admitted November 5, 1982).

3. I am in good standing and eligible to practice in the courts listed in item #2.

4. I have never been suspended or disbarred from the practice of law before any state or federal court.

5. No criminal or disciplinary proceedings have been instituted against me.

6. I consent to be subject to the jurisdiction and rules of the Massachusetts Supreme Court governing professional conduct.

Further, affiant sayeth not.

_____
Linda Ottinger Headley

Subscribed and sworn before me this 23rd day of February, 2005.

[Notary seal: DONNA M. PYLE, Notary Public, State of Texas, My Commission Expires 02-03-07]

_____
Notary Public

Houston:214841.1 001577.1136

- 2 -

# EXHIBIT 2

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MUDGE, § § PLAINTIFF, § § VS. § § UNUM LIFE INSURANCE COMPANY, § a/k/a UNUMPROVIDENT INSURANCE § COMPANY & COMPAQ CORP. AND § AFFILIATED COMPANIES LONG § TERM DISABILITY PLAN, aka § HEWLETT-PACKARD CO. GROUP § LONG TERM DISABILITY PLAN, § § DEFENDANTS. § | CASE NO. 04-12520 GAO |

## AFFIDAVIT OF DANIELLE D. KUJAWA

BEFORE ME, the undersigned authority, on this day personally appeared Danielle D. Kujawa, who, known to me and being duly sworn according to law upon her oath, stated as follows:

1. My name is Danielle D. Kujawa. I am over 21 years of age and am competent to make this Affidavit. I have personal knowledge of the facts stated herein and same are true and correct. I am an attorney with Littler Mendelson, P.C., located at 1301 McKinney, Suite 1900, The Chevron Tower, Houston, Texas 77010. My telephone number is (713) 951-9400, and my fax number is (713) 951-9212.

2. I currently practice law in the State of Texas where I am admitted to practice before the United States District Courts for the Southern District of Texas (admitted February 6, 2004).

3. I am in good standing and eligible to practice in the court listed in item #2.

4.      I have never been suspended or disbarred from the practice of law before any state or federal court.

5.      No criminal or disciplinary proceedings have been instituted against me.

6.      I consent to be subject to the jurisdiction and rules of the Massachusetts Supreme Court governing professional conduct.

Further, affiant sayeth not.

_____
Danielle D. Kujawa

Subscribed and sworn before me this 23rd day of February, 2005.

[Notary Seal: DONNA M. PYLE, Notary Public, State of Texas, My Commission Expires 02-03-07]

_____
Notary Public

Houston:215005.1 001577.1136

- 2 -